# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 97 CR 50026 - 4 | DATE | 8/5/2002 |
| CASE TITLE | USA vs. Maurice Buchanan | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, Maurice Buchanan's motion for an order is dismissed.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | AUG 5 2002 date docketed | 619 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 8/6/2002 date mailed notice | |
| smw courtroom deputy's initials | | 02 AUG -5 PM 2:17 Date/time received in central Clerk's Office | smw mailing deputy initials |

# MEMORANDUM OPINION AND ORDER

Maurice Buchanan, a federal prisoner, has filed a "motion for an order" in which he asserts certain counts of the indictment against him were defective. Buchanan had entered guilty pleas on Counts 1, 5, and 17 of the indictment and was sentenced on September 3, 1998. In a plea agreement he waived all appellate issues and his right to challenge his sentence under 28 USC § 2255. Nevertheless, he filed a § 2255 motion which was summarily denied on September 27, 1999. The current motion is an attempt to avoid the need for prior appellate approval of a second collateral attack, and must be dismissed for want of jurisdiction in this court. See § 2255 ¶ 8; <u>Johnson v. United States</u>, 196 F.3d 802 (7th Cir. 1999). The motion is dismissed.